■ AIR TITE MANUFACTURING, INC., Individually and as Assignee of Certain Accounts Receivable Owed to J & L Home Improvement Corp., Plaintiff, v ACROPOLIS ASSOCIATES, Appellant. APPLE BANK FOR SAVINGS, Intervenor-Respondent. (Appeal No. 2.) [612 NYS2d 980] —Order unanimously affirmed without costs. Same Memorandum as in *Air Tite Mfg. v Acropolis Assocs.* (202 AD2d 1067 [decided herewith]). (Appeal from Order of Supreme Court, Queens County, Nahman, J.— Renewal.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.